AUSA Stephen E Baker 312-353-1598

**FILED**

8-5-08

AUG - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. **08 CR 621** |
| | ) |
| EDMUNDO RUIZ, JR. | ) Magistrate Judge Jeffrey Cole |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, ERIC KALEY, personally appearing before United States Magistrate Judge

JEFFREY COLE and being duly sworn on oath, state that as a federal law enforcement

officer I have been informed that EDMUNDO RUIZ, JR. (hereinafter "Ruiz, Jr."), has been

charged by Indictment in the Northern District of Ohio with the following criminal offense:

conspiracy to distribute narcotics, in violation of Title 21, United States Code, Sections

841(a) and  846 .

A copy of the Indictment is attached.  I have been informed through official channels

that a warrant for the arrest of Ruiz, Jr. has been issued pursuant to the Indictment.  A copy

of the arrest warrant also is attached.

ERIC KALEY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 5th day of August, 2008.

JEFFREY COLE
United States Magistrate Judge

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

NORTHERN                    District of          OHIO, WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                              **WARRANT FOR ARREST**

EDMUNDO RUIZ, JR.
(Aka: Eddie)                    Case Number: **3:08 CR 00304**

To: The United States Marshal
    and any Authorized United States Officer          **JUDGE JAMES G. CARR**

YOU ARE HEREBY COMMANDED to arrest     EDMUNDO RUIZ, JR.

                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

beginning in or about 2000 and continuing through July of 2008, did knowingly and intentionally conspire to distribute and possess with intent to distribute more than five kilograms of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance; 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a schedule I controlled substance; and 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a schedule I controlled substance.

in violation of Title _____ 21 _____ United States Code, Section(s) _846 and 841(a)(1)_

Vernelis K. Armstrong                            _Vernelis K Armstrong_
Name of Issuing Officer                          Signature of Issuing Officer

United States Magistrate Judge                   July 24, 2008, Toledo, Ohio
Title of Issuing Officer                         Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



FILED

2008 JUL 23  PM 5:22

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) JUDGE JAMES G. CARR |
| | ) |
| Plaintiff, | ) INDICTMENT |
| | ) |
| | ) 3:08 CR 00304 |
| v. | ) |
| | ) Criminal No. |
| | ) |
| EDMUNDO RUIZ, JR., a/k/a EDDIE, | ) 21 U.S.C. § 841(a)(1) |
| REYNALDO RUIZ, a/k/a RAY, | ) 21 U.S.C. § 846 |
| RUDY FRANCO, JR., | ) 21 U.S.C. § 843(b) |
| RAUDELL RODRIGUEZ-GONZALES, a/k/a | ) |
| GRANDPA or TONY, | ) |
| ADALBERTO LABADORE-GONZALES, a/k/a | ) |
| BETO, | ) |
| JUAN MONDRAGON-MACHADO, JR., a/k/a | ) |
| TUCAN, | ) |
| MICHAEL DICKERSON, | ) |
| GERALD PFAFF, | ) |
| NORMAN WISE, | ) |
| PHILLIP MARTINEZ, | ) |
| DARRELL MILLHOAN, a/k/a COOLETTO, | ) |
| LOUIE PERRY, | ) |
| WILLIAM MORROW, | ) |
| WILLIAM TUBBS, | ) |
| RICHARD MONROE, | ) |
| | ) |
| Defendants. | ) |

## COUNT 1

## NARCOTICS CONSPIRACY CHARGE

The Grand Jury charges:

1.      Beginning in or about 2000, and continuing through the date of this Indictment, the exact dates being unknown to the Grand Jury, in the Northern District of Ohio, Western Division, and elsewhere, EDMUNDO RUIZ, JR., a/k/a "EDDIE," REYNALDO RUIZ, a/k/a "RAY", RUDY FRANCO, JR.,  RAUDELL RODRIGUEZ-GONZALES, a/k/a "GRANDPA" or "TONY," ADALBERTO LABADORE-GONZALES, a/k/a "BETO," JUAN MONDRAGON-MACHADO, JR., a/k/a "TUCAN," MICHAEL DICKERSON, GERALD PFAFF, NORMAN WISE, PHILLIP MARTINEZ, DARRELL MILLHOAN, a/k/a "COOLETTO," LOUIE PERRY, WILLIAM MORROW, WILLIAM TUBBS , and RICHARD MONROE, defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance; and one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## PURPOSE AND OBJECT

It was the purpose and object of this conspiracy that EDMUNDO RUIZ, JR. and others known and unknown to the Grand Jury, obtained substantial quantities of cocaine, marijuana and

2

heroin from RAUDELL RODRIGUEZ-GONZALES, ADALBERTO LABADORE-GONZALES and others known and unknown to the Grand Jury, which controlled substances were distributed in the Toledo, Ohio area through REYNALDO RUIZ, RUDY FRANCO, JR., and others known and unknown to the Grand Jury. This conspiracy also involved the regular distribution of cocaine, marijuana and heroin.

MANNER AND MEANS

The manner and means by which the goals of the conspiracy were met included the following: EDMUNDO RUIZ, JR., and others known and unknown to the Grand Jury, obtained substantial quantities of cocaine (totaling over 50 kilograms), marijuana (totaling over 5000 pounds), and heroin (totaling over 3 kilograms), from sources of supply in Mexico, through persons both known and unknown to the Grand Jury, including RAUDELL RODRIGUEZ-GONZALES and ADALBERTO LABADORE-GONZALES, which cocaine and marijuana RAUDELL RODRIGUEZ-GONZALES and ADALBERTO LABADORE-GONZALES had obtained from JUAN MONDRAGON-MACHADO, JR. The cocaine, marijuana and heroin was transported to the Toledo, Ohio, area via couriers, including MICHAEL DICKERSON, GERALD PFAFF and DARRELL MILLHOAN, for distribution by EDMUNDO RUIZ, JR., REYNALDO RUIZ, RUDY FRANCO, JR., NORMAN WISE, GERALD PFAFF, MICHAEL DICKERSON and LOUIE PERRY. WILLIAM MORROW, PHILLIP MARTINEZ and MICHAEL DICKERSON transported money and vehicles in payment for cocaine, marijuana and heroin from Toledo, Ohio, to RAUDELL RODRIGUEZ-GONZALES and ADALBERTO LABADORE-GONZALES in the State of Arizona. WILLIAM MORROW stored substantial quantities of marijuana at his residence in Toledo, Ohio, for persons known to the Grand Jury.

3

MICHAEL DICKERSON, and others known and unknown to the Grand Jury, supplied mid-level distributors in the Bucyrus, Ohio area, including WILLIAM TUBBS and RICHARD MONROE, with substantial quantities of marijuana.

<u>OVERT ACTS</u>

In furtherance of the conspiracy, and to achieve its objects and purposes, the defendants and others undertook the following acts, among others:

1.      In or about January 2003, GERALD PFAFF and a person known to the Grand Jury obtained a total of 450 pounds of marijuana in two trips to New York for EDMUNDO RUIZ, JR.

2.      On or about March 12, 2003, two persons known to the Grand Jury possessed approximately 30 pounds of marijuana and drug paraphernalia for EDMUNDO RUIZ, JR. at a residence in Toledo, Ohio.

3.      Between January 2004 and December 2007, EDMUNDO RUIZ, JR. supplied a person known to the Grand Jury with approximately five tons of marijuana and more than 50 kilograms of cocaine.  ADALBERTO LABADORE-GONZALES and RAUDELL RODRIGUEZ-GONZALES, had facilitated the delivery of the marijuana and cocaine to EDMUNDO RUIZ, JR.

4.      Beginning in or about February 2004, GERALD PFAFF transported approximately 100 to 300 pounds of marijuana on at least 12 occasions from the State of Arizona to a person known to the Grand Jury in Toledo, Ohio.

5.      Between 2005 and August 2007, REYNALDO RUIZ sold between one and two kilograms of heroin to a person known to the Grand Jury in Toledo, Ohio.

4

6.     Between 2005 and August 2007, REYNALDO RUIZ sold over 10 kilograms of cocaine to a person known to the Grand Jury in Toledo, Ohio.

7.     Between December 2005 and September 2006, GERALD PFAFF transported approximately one ton of marijuana from the State of Arizona to a person known to the Grand Jury in Toledo, Ohio.

8.     On or about January 23, 2006, a person known to the Grand Jury possessed 17,334.7 grams of marijuana near Marion Street, Toledo, Ohio.

9.     On or about January 23, 2006, a person known to the Grand Jury possessed 54,036.8 grams of marijuana at a residence on Orchard Street in Toledo, Ohio.

10.     On or about March 30, 2006, GERALD PFAFF and DARRELL MILLHOAN possessed approximately 225 pounds of marijuana in a vehicle in Adams County, Colorado.

11.     Between mid 2006 and January 2008, ADALBERTO LABADORE-GONZALES facilitated the delivery of 140 to 180 pounds of marijuana per month to GERALD PFAFF and DARRELL MILLHOAN.  The marijuana was transported by semi-tractor trailers from the State of Arizona to Toledo, Ohio, where it was off-loaded and taken to DARRELL MILLHOAN's residence.

12.     On or about August 22, 2006, EDMUNDO RUIZ, JR. possessed a small bag of marijuana in a vehicle with his minor daughter in the State of Arizona.

13.     On or about October 16, 2006, EDMUNDO RUIZ, JR. possessed a small amount of marijuana in a vehicle in the area of Crittenden and Booty Streets, in Toledo, Ohio.

14.     On or about December 30, 2006, REYNALDO RUIZ possessed a small amount of marijuana, $12,000.00 and two cellular telephones in a vehicle in Eastland County, Texas.

5

15.    In or about 2007, DARRELL MILLHOAN and GERALD PFAFF delivered $90,000 to ADALBERTO LABADORE-GONZALES as payment for marijuana ADALBERTO LABADORE-GONZALES had previously provided to GERALD PFAFF and DARRELL MILLHOAN on a consignment basis.

16.    On or about January 23, 2007, GERALD PFAFF possessed $119,000 in a vehicle in Tuba City, Arizona, which money GERALD PFAFF and another person were transporting to ADALBERTO LABADORE-GONZALES in Phoenix, Arizona, to purchase marijuana. The marijuana was driven back to Toledo, Ohio, by DARRELL MILLHOAN who was following GERALD PFAFF in a separate vehicle.

17.    On or about May 30, 2007, DARRELL MILLHOAN and ADALBERTO LABADORE-GONZALES possessed $51,800, approximately two pounds of marijuana, packaging material, ledgers with the words "oh" and "mundo," scales, money counters and a .45 caliber handgun at ADALBERTO LABADORE-GONZALES' residence in Phoenix, Arizona.

18.    On or about June 15, 2007, at 9:55 a.m., REYNALDO RUIZ asked a person known to the Grand Jury during a telephone conversation, "How much was there supposed to be here?" The other person responded, "Eleven."

19.    On or about June 15, 2007, at 11:07 a.m., RUDY FRANCO, JR. met with REYNALDO RUIZ at a residence on Vinton Street in Toledo, Ohio, and received a green bag from REYNALDO RUIZ, which RUDY FRANCO, JR. took inside the residence.

20.    On or about June 22, 2007, at 11:12 a.m., REYNALDO RUIZ stated to a person known to the Grand Jury during a telephone conversation, "Hey I wanted to ... you know them ah them fat black chicks I was telling you about?" The other person responded, "Yeah."

6

REYNALDO RUIZ explained, "Ah you know, you can't be really sure if it's going to be this weekend or not." Later in the conversation, REYNALDO RUIZ stated, "...You know like and anyway, they're asking eighteen five for them too."

21.    On or about June 25, 2007, at 10:19 a.m., during a telephone conversation, REYNALDO RUIZ told a person known to the Grand Jury, "... My dude my nephew . . . he ah, got some of them big fat girls right." REYNALDO RUIZ further stated, "He they say they got 10 of 'em, and again . . . cause the other stuff ain't comin in till couple weeks later or something you know." REYNALDO RUIZ explained, "So he snagged these and he said that he's gotta have twenty um twenty four fifty for 'em you know." Later in the conversation, the person known to the Grand Jury stated, "Uhh yeah we'll take two of 'em. Whata I got to do, one and pay for 'em?" After learning that EDMUNDO RUIZ, JR. needed the money right away, the other person told REYNALDO RUIZ, "I'll just take one."

22.    On or about June 27, 2007, at 9:22 a.m., during a telephone conversation, REYNALDO RUIZ stated, "Um the heavy set white girl, her birthday was the other day, she turned 23 alright." REYNALDO RUIZ further stated, "And they wanted to go back to this house ya know and they wanted to know they only had she is the only one left ya know . . . and they wanted to know if you were interested in her."

23.    On or about July 2, 2007, at 3:57 p.m., during a telephone conversation between REYNALDO RUIZ and a person known to the Grand Jury, the other person asked, "Your nephew, is there going to be a better price on those?" REYNALDO RUIZ responded, "I think it's two three." The other person stated, "If it was like twenty two or two two, like two one, and then

you know." Ray later said, "...I'll try I'll see if I can get it down to at least the two two or something."

24.     On or about July 3, 2007, at 10:33 a.m., REYNALDO RUIZ telephoned a person known to the Grand Jury and stated,"...ah he left ah two of them things with me last night. I told him, well what. He said to ahead and give them to your dude, but he didn't tell me, you know, what the price or what ... So, I figured, ah two three of something, you know."

25.     On or about July 4, 2007, at 11:00 a.m., REYNALDO RUIZ and a person known to the Grand Jury discussed meeting within an hour.  At 12:05 p.m., the other person delivered money to REYNALDO RUIZ at a residence on Vinton Street in Toledo, Ohio.  EDMUNDO RUIZ, JR. waited in a vehicle outside of the residence.

26.     On or about July 17, 2007, at 8:36 a.m., REYNALDO RUIZ telephoned a person known to the Grand Jury and asked,"Oh, ok, yea ah what about them others?"  In a subsequent conversation, REYNALDO RUIZ confirmed, "Just the two right?"  The other person responded, "Yeah."

27.     On or about July 17, 2007, at 10:30 a.m., REYNALDO RUIZ and a person known to the Grand Jury met at a residence on Vinton Street in Toledo, Ohio.

28.     On or about July 17, 2007, at 11:32 a.m., REYNALDO RUIZ told a person known to the Grand Jury during a telephone conversation, "I just talked to him, he says he can't do it because he's leavin out of town today and he says that if your gonna do it you gotta do it today."

8

29.    On or about July 17, 2007, at approximately 4:30 p.m., EDMUNDO RUIZ and

RUDY FRANCO, JR. met at a residence on Vinton Street in Toledo, Ohio.  EDMUNDO RUIZ

then traveled to Poplar Street, Toledo, and then returned to two residences on Vinton Street.

30.    On or about August 11, 2007, at approximately 1:00 p.m., RUDY FRANCO, JR.

told REYNALO RUIZ that "your nephew (EDMUNDO RUIZ, JR.) needs to talk to you, ASAP."

One minute later, EDMUNDO RUIZ, JR. called REYNALDO RUIZ, and asked REYNALDO

RUIZ to go to a residence on Nicholas to "get all my shit."  At 1:08 p.m., REYNALDO RUIZ

was present at the location on Nicholas referred to by EDMUNDO RUIZ, JR..

31.    On or about August 11, 2007, at 10:52 p.m., during a telephone conversation,

REYNALDO RUIZ told RUDY FRANCO, JR., "Hey ask him if that, if that brown stuff was

inside with the white, and it's not in here.  Did he drop it somewhere?"  RUDY FRANCO, JR.

asked, "Drop what?"  REYNALDO RUIZ responded, "that brown."

32.    On or about August 13, 2007, at 3:19 a.m., RUDY FRANCO, JR. engaged in a

telephone conversation with REYNALDO RUIZ concerning a quantity of marijuana that was

missing.  In discussing a girl who was suspected of having some of the marijuana, RUDY

FRANCO, JR. stated, "find out how much she's got. . .we can go snatch that bitch up at the mall

without this guy (boyfriend) even knowing, we can interrogate the shit out of her. . .I'll be scaring

that bitch so fast she won't know what happened."

33.    On or about August 14, 2007, at 3:07 p.m., REYNALDO RUIZ called RUDY

FRANCO, JR., and asked RUDY FRANCO, JR. to have "his nephew" call REYNALDO RUIZ.

EDMUNDO RUIZ, JR. then got on the phone, and told REYNALDO RUIZ, "Better stay there

9

for me man," to which REYNALDO RUIZ replied, "Later." EDMUNDO RUIZ, JR. then said,

"Bull shit I'm coming right now."

34.    On or about August 17, 2007, at 7:45 p.m., during a telephone conversation,

REYNALDO RUIZ inquired about a kilogram of cocaine. REYNALDO RUIZ asked the other

person, "Oh yea, any whole ones or what?" The other person replied, "Ah...the brick boys?" and

"I might be able to get a half one." Later in the conversation, REYNALDO RUIZ said, "Get a

ticket too."

35.    On or about August 17, 2007, at 9:14 p.m., REYNALDO RUIZ stated in a

telephone conversation with another person, "Yea cause somebody else, may do a half one of

uhm, uhm, the whole onions." Later in the conversation, the other person inquired, "Well ah, ah,

is a half what, what they really, really want?"

36.    On or about August 18, 2007, at 4:20 p.m., REYNALDO RUIZ directed another

person during a telephone conversation to "see what kind of ticket we can get man so we can

make some money."

37.    On or about August 21, 2007, at 7:22 p.m., during a telephone conversation, a

person known to the Grand Jury asked REYNALDO RUIZ, "We still get two and pay for one

right?" REYNALDO RUIZ replied, "Yes, sir." The other person told REYNALDO RUIZ,

"Well we'll be there in the morning."

38.    On or about August 22, 2007, at 7:53 a.m., REYNALDO RUIZ told RUDY

FRANCO, JR. during a telephone conversation, "Yea . . . he told me to go ahead to get my

business." RUDY FRANCO, JR. asked, "Did he tell ya ticket, for the tickets?" Later in the

10

conversation, RUDY FRANCO, JR. stated, "He told me 26." RUDY FRANCO, JR. replied, "Ah no he didn't tell me that."

39.    On or about August 22, 2007, at 7:55 a.m., RUDY FRANCO, JR. telephoned a person known to the Grand Jury and stated,"They are asking too much." The other person responded, "What's the deal?" RUDO FRANCO, JR. replied, "They want twenty six. Fuck it."

40.    On or about August 22, 2007, at approximately 8:01 a.m., during a telephone conversation, RUDY FRANCO, JR. informed a person known to the Grand Jury that the price is now "25" and they got "eight of em in."

41.    On or about August 22, 2007, at approximately 8:20 a.m., REYNALDO RUIZ met with a person known to the Grand Jury at a residence on Vinton Street in Toledo, Ohio, and supplied that person one kilogram of cocaine.

42.    In or about mid-August 2007, MICHAEL DICKERSON delivered approximately 32 pounds of marijuana to a residence in Toledo, Ohio. Law enforcement seized 25 pounds of this marijuana on August 22, 2007.

43.    Between August 23, 2007 and November 26, 2007, RUDY FRANCO, JR. delivered over $100,000 to MICHAEL DICKERSON at ActAuto, 403 Westwood, Toledo, Ohio.

44.    On or about August 27, 2007, REYNALDO RUIZ received $25,000 from a person known to the Grand Jury in payment for one kilogram of cocaine that REYNALDO RUIZ sold the other person on August 22, 2007. After this transaction, REYNALDO RUIZ called RUDY FRANCO, JR. and told RUDY FRANCO, JR. to "tell my nephew Eddie to come on over here."

11

45.    On or about August 30, 2007, REYNALDO RUIZ sold approximately 103 grams of heroin on a consignment basis to a person known to the Grand Jury in the area of Vinton Street in Toledo, Ohio. (This conduct is charged in Count 2 of the Indictment).

46.    On or about August 30, 2007, at 3:37 p.m., RUDY FRANCO, JR. engaged in a telephone call with REYNALDO RUIZ, and asked REYNALDO RUIZ to "take Mundy (EDMUNDO RUIZ, JR.) somewhere for me man." Later in the conversation, REYNALDO RUIZ asked, "He's (EDMUNDO RUIZ, JR.) not going to have anything is he?" to which RUDY FRANCO, JR. replied, "No he's not going to have anything." At 3:37 p.m., REYNALDO RUIZ picked up EDMUNDO RUIZ, JR. and drove EDMUNDO RUIZ, JR. to Columbus, Ohio, where they met with an unknown person, later returning to Toledo.

47.    On or about September 10, 2007, at approximately 4:55 p.m., MICHAEL DICKERSON possessed two pounds of marijuana on Westwood Avenue, Toledo, Ohio.

48.    On or about September 11, 2007, at approximately 4:00 p.m., during a meeting between REYNALDO RUIZ, EDMUNDO RUIZ, JR. and a person known to the Grand Jury, EDMUNDO RUIZ, JR. asked, "I got three left, you guys want one or what?" When REYNALDO RUIZ asked how much time he would have to pay, EDMUNDO RUIZ, JR. responded, "They giving me like a couple of days, like three days. I'll go get those right now, it's all shiny. I broke it up to make sure it's shiny." EDMUNDO RUIZ, JR. told the other person, "Hell yeah, always need a driver." The other person asked, "How much money?" EDMUNDO RUIZ, JR. replied, "$75-$100 a pound, bring back 100 pounds and that's like 10 grand." Later in the conversation, EDMUNDO RUIZ, JR. stated, "I got like 200 pounds down there sitting right

12

now, and some of this tar. Half key of tar, pure straight from the Indians down there, the ones
with the spears."

49.    On or about September 11, 2007, REYNALDO RUIZ and EDMUNDO RUIZ, JR.
received $7,400 from a person known to the Grand Jury in payment for heroin that REYNALDO
RUIZ sold the other person on August 30, 2007.

50.    On or about September 13, 2007, DARRELL MILLHOAN delivered a cardboard
box containing marijuana to a person known to the Grand Jury, and then drove to GERALD
PFAFF's residence.

51.    On or about September 18, 2007, MICHAEL DICKERSON possessed $30,800 in
a cooler located in a cavity of a 1998 Black Chevy Tahoe motor vehicle in Douglas County,
Nebraska.

52.    On or about September 18, 2007, WILLIAM MORROW possessed a small
amount of marijuana in a vehicle in the State of Nebraska. WILLIAM MORROW and a person
known to the Grand Jury were returning from a meeting with RAUDELL RODRIGUEZ-
GONZALES in Los Angeles, California, where they discussed future marijuana transactions.

53.    On or about September 26, 2007, MICHAEL DICKERSON explained to a person
known to the Grand Jury how the police missed $120,000 when they searched his Chevy Tahoe
vehicle. MICHAEL DICKERSON stated, "See these things right here, there's air conditioning
back here for the rear. There's duct work that goes up here across the ceiling to there. Mother
fucker was completely full all right here. They pried this out the pry bar, and they seen one that
we couldn't fit in. They said, 'we got em, we got em.' They got $31,000 Jamaican dude told me

13

baby powder, spread it like peanut butter, and the dog won't hit on it. It was right here in front of their faces, kept doing this, broke clips here. They got 30 out of 150."

54.    On or about September 30, 2007, MICHAEL DICKERSON stated to a person known to the grand jury that 1200 pounds of marijuana and an unknown amount of cocaine had been delivered into the Toledo area.

55.    On or about October 6, 2007, MICHAEL DICKERSON told a person known to the Grand Jury that MICHAEL DICKERSON had returned from New Jersey with close to $1,000,000 in U.S. currency.

56.    On or about October 11, 2007, MICHAEL DICKERSON told a person known to the Grand Jury that MICHAEL DICKERSON was "in the Bronx waiting to do this last little thing."

57.    On or about October 13, 2007, MICHAEL DICKERSON told a person known to the Grand Jury that he (MICHAEL DICKERSON) had brought $100,000 back from New York for RAUDELL RODRIGUEZ-GONZALES.

58.    On or about October 16, 2007, at 5:51 p.m., during a telephone conversation, MICHAEL DICKERSON told a person known to the Grand Jury that he had slipped around "Mundo" to get to RAUDELL RODRIGUEZ-GONZALES and that RUDY FRANCO, JR. and EDMUNDO RUIZ, JR. owed him $7,000.00. MICHAEL DICKERSON also explained that WILLIAM MORROW and two other individuals would be leaving for Arizona to take a truck and boat to RAUDELL RODRIGUEZ-GONZALES.

59.    In or about mid-October 2007, WILLIAM MORROW delivered a 19-foot boat and a truck to RAUDELL RODRIGUEZ-GONZALES in the State of Arizona, which vehicles

14

were in partial payment for marijuana that RAUDELL RODRIGUEZ-GONZALES had supplied to a person known to the Grand Jury.

60.    On or about November 2, 2007, at 12:41 p.m., MICHAEL DICKERSON told a person known to the Grand Jury that he was concerned about not paying some of the people to whom he owed money that was seized by police. MICHAEL DICKERSON told the person, "I know, but I'm afraid if I go over to the Mexicans and start pushing for my stuff then something's going to happen, and it won't be good."

61.    On or about November 2, 2007, at approximately 1:08 p.m., MICHAEL DICKERSON told another person during a telephone conversation, "There's like three left." The other person responded, "There's three left." MICHAEL DICKERSON replied, "Yep." The other person explained, "Okay. I'm about to see what I can put together."

62.    On or about November 7, 2007, REYNALDO RUIZ told a person known to the Grand Jury that EDMUNDO RUIZ, JR. was expecting a load soon.

63.    On or about November 8, 2007, RUDY FRANCO, JR. engaged in a telephone conversation with a person known to the Grand Jury, and told the person that he was selling pounds of marijuana for "eight dollars," or $800.00 per pound.

64.    On or about November 17, 2007, PHILLIP MARTINEZ told a person known to the Grand Jury that he (PHILLIP MARTINEZ) was in New York City, and was to meet "Tony's people."

65.    On or about November 18, 2007, at approximately 5:52 p.m., PHILLIP MARTINEZ, MICHAEL DICKERSON and a person known to the Grand Jury met at the Flying J truck stop in Oregon, Ohio. During the meeting, the other person asked, "What time is Rudy

15

supposed to meet him? When he gets here he calls?" MICHAEL DICKERSON responded,

"Well we're supposed to try and call him now...said to leave the car unlocked, and he'll just toss it

in. Then he'll call...They can take it out there."

66.     On or about November 18, 2007, at 5:58 p.m., MICHAEL DICKERSON told

PHILLIP MARTINEZ, "I'll bring back the saran wrap and perfume. We'll count everything out,

mark it. Call Tony and let him know you're here, the driver needs like 15 stacks, wrapped

separate." PHILLIP MARTINEZ asked, "Say what now?" MICHAEL DICKERSON replied,

"Call Tony, make sure 15 stacks for the driver. Separate." PHILLIP MARTINEZ asked, "You

want me to make 15 stacks for him or what?" MICHAEL DICKERSON instructed, "Call him

make sure...15 for the driver right?"

67.     On or about November 18, 2007, at 6:28 p.m., during a meeting, MICHAEL

DICKERSON instructed PHILLIP MARTINEZ to "Double check on that amount. Wrapped,

marked. Bring a box. Tape it up, there you go." PHILLIP MARTINEZ responded,

"Alright...saran wrap." MICHAEL DICKERSON stated, "...He tried calling Mr. Wonderful as of

45 minutes ago. Not a big deal. Relax. Shower. What ever you want to do. But, leave your car

unlocked. They'll throw the bag in there and they'll lock it...Get it out, bring it back up here.

Then well count everything, wrap it."

68.     On or about November 18, 2007, at 6:30 p.m., PHILLIP MARTINEZ told

MICHAEL DICKERSON, "We're just going to wrap it and then we're done...Ask him how much

for the greyhound?" MICHAEL DICKERSON responded, "Ask him, how much for the ticket

for the greyhound? And they say 15, we're all on the same page."

16

69.    On or about November 19, 2007, PHILLIP MARTINEZ traveled from Oregon, Ohio to Youngstown, Ohio, and obtained a bag from the driver of a semi-truck. After placing the bag in the trunk of his vehicle, PHILLIP MARTINEZ went to a Chase Bank in Youngstown, Ohio, where he wire transferred $5,000 to JUAN MONDRAGON-MACHADO, JR.

70.    On or about November 21, 2007, MICHAEL DICKERSON delivered 100 pounds of marijuana to a residence in Bucyrus, Ohio, and received $100,000 in payment for the marijuana. Upon his return to Toledo, Ohio, MICHAEL DICKERSON met with PHILLIP MARTINEZ.

71.    On or about November 26, 2007, MICHAEL DICKERSON possessed $112,400 in a vehicle on Interstate 44 in Rolla, Missouri, which money he was transporting from Toledo, Ohio, to RAUDELL RODRIGUEZ-GONZALES in Phoenix, Arizona. PHILLIP MARTINEZ was traveling several miles ahead of MICHAEL DICKERSON en route to Arizona.

72.    On or about November 26, 2007, at 1:20 p.m., during a telephone conversation, RAUDELL RODRIGUEZ-GONZALES told a person known to the Grand Jury that he (RAUDELL RODRIGUEZ-GONZALES) wanted MICHAEL DICKERSON to call him concerning money seized by law enforcement from MICHAEL DICKERSON.

73.    On or about November 26, 2007, at approximately 2:15 p.m. Central Standard time, MICHAEL DICKERSON told a person known to the Grand Jury during a telephone conversation, "He's not answering the phone." The other person responded, "Grandpa is not answering the phone. That's a little disappointing." MICHAEL DICKERSON said, "What the fuck it's out of my control." MICHAEL DICKERSON further stated, "'I'm coming home now, he's not answering the phone. Nothing I can do, fuck it."

17

74.     On or about November 30, 2007, REYNALDO RUIZ contacted "Cholo" by Nextel direct connect and inquired when a shipment of heroin would arrive. RUDY FRANCO, JR. then told REYNALDO RUIZ that EDMUNDO RUIZ, JR. and Cholo want REYNALDO RUIZ to call them. RUDY FRANCO, JR. then spoke with "Cholo," after which REYNALDO RUIZ told a person known to the Grand Jury that the shipment was due tonight, and it would be the person's job to get rid of the heroin.

75.     On or about December 7, 2007, during a conversation with a person known to the Grand Jury, MICHAEL DICKERSON stated, "I took money out there, to San Bernardino, and then took it to fucking ah." The other person asked, "For Rudy?" MICHAEL DICKERSON responded, "And Mundo, and." MICHAEL DICKERSON further stated, "Right well when I was in uh, Iowa or whatever." The other person replied, "Right they pulled you over." MICHAEL DICKERSON explained, "And took like $30,000, but I still had over $100, or whatever thousand in there ... He found out I was going around him..." The other person asked, "So you were going around Grandpa to buy your own weed?" MICHAEL DICKERSON confirmed, "Right. Instead of giving him a $100 more a pound. I set the side deal up."

76.     On or about December 7, 2007, REYNALDO RUIZ sold approximately two ounces of heroin, on a consignment basis to a person known to the Grand Jury on Vinton Street in Toledo, Ohio. (This conduct is charged in Count 3 of the Indictment.)

77.     On or about December 11, 2007, REYNALDO RUIZ received $3400 from a person known to the Grand Jury, which represented payment for two ounces of heroin that REYNALDO RUIZ sold the other person on December 7, 2007.

18

78.    On or about December 12, 2007, REYNALDO RUIZ sold approximately one ounce of heroin, on a consignment basis, to a person known to the Grand Jury on Vinton Street in Toledo, Ohio. (This conduct is charged in Count 4 of the Indictment.)

79.    On or about January 2, 2008, REYNALDO RUIZ received $1700 in payment for one ounce of heroin that REYNALDO RUIZ sold to a person known to the Grand Jury on December 12, 2007.

80.    On or about January 3, 2008, RAUDELL RODRIGUEZ-GONZALES and another person possessed a total of 785 pounds of marijuana, a scale, and drug ledgers in Arizona.

81.    On or about January 7, 2008, MICHAEL DICKERSON purchased a total of $11,000 in money orders with drug proceeds which were given to him by a person known to the Grand Jury.

82.    On or about January 7, 2008, MICHAEL DICKERSON mailed $11,000 in money orders to the State of Arizona, which represented partial payment for a drug debt that a person known to the Grand Jury owed to RAUDELL RODRIGUEZ-GONZALES. These money orders were seized by the United States Postal Inspector on January 8, 2008.

83.    On or about January 7, 2008, PHILLIP MARTINEZ advised a person known to the Grand Jury that RAUDELL RODRIGUEZ-GONZALES' wife had called MICHAEL DICKERSON. PHILLIP MARTINEZ also stated that he (PHILLIP MARTINEZ) should be coming to Toledo soon.

84.    On or about January 8, 2008, at 10:41 a.m., MICHAEL DICKERSON called RAUDELL RODRIGUEZ-GONZALES' wife and discussed a money order that MICHAEL

19

DICKERSON had obtained for RAUDELL RODRIGUEZ-GONZALES. MICHAEL DICKERSON gave the woman the confirmation number for the money order.

85.    On or about January 10, 2008, MICHAEL DICKERSON told a person known to the Grand Jury that another person known to the Grand Jury was expecting a delivery of 1000 pounds of marijuana and needed a place to store the marijuana.

86.    On January 14, 2008, at 6:20 p.m., at a residence on Vinton Street, Toledo, Ohio, REYNALDO RUIZ told a person known to the Grand Jury that 30 kilograms of cocaine had been received, but that it was all gone now. REYNALDO RUIZ further stated that the cocaine belonged to EDMUNDO RUIZ, JR.

87.    On or about January 15, 2008, at approximately 8:55 p.m., PHILLIP MARTINEZ told a person known to the Grand Jury, "We got all that work." PHILLIP MARTINEZ further stated, "No, I got it at my friends, a 1000 of 'em right now. Just what I'm saying, there's a lot of work." Later in the conversation, PHILLIP MARTINEZ and the other person discussed MICHAEL DICKERSON. PHILLIP MARTINEZ stated, "You know what's kinda bad about that. When I was there, I should have been taking that money. He wanted to take it. And then I should have been followed him but he said no, go ahead of me. I should have followed him...I hid that money so fuckin good there's no way they should have found it."

88.    On or about January 15, 2008, at approximately10:07 p.m., PHILLIP MARTINEZ told a person known to the Grand Jury, "I don't know the driver, cause I wanted to send you something." The other person responded, "I could do that, then I could fuckin get money to you." PHILLIP MARTINEZ said, "That's why I'm here...I got a room full of the shit. It's scary sitting

20

on that shit..."  Later in the conversation, PHILLIP MARTINEZ stated, "We've got 600 of the

bomb, light green Christmas shit."

89.    On or about January 15, 2008, at approximately 10:09 p.m., PHILLIP

MARTINEZ told a person known to the Grand Jury, "I got bails like crazy out there.  This guy,

he was working with Tony, Tony trusts him.  I'm sitting on Tony's shit.  All kinds of shit.  Birds,

all kinds of shit.  He doesn't like fucking with in town shit."

90.    On or about January 16, 2008, MICHAEL DICKERSON contacted a United

States Postal Inspector regarding the money orders which were intercepted on January 8, 2008.

MICHAEL DICKERSON explained that the money orders were payroll checks.  MICHAEL

DICKERSON was upset that the money orders were not delivered the day after they were sent.

91.    On or about January 16, 2008, REYNALDO RUIZ sold a small amount of heroin

to a person known to the Grand Jury on Vinton Street in Toledo, Ohio.

92.    On or about January 16, 2008, at 5:06 p.m., PHILLIP MARTINEZ contacted a

person known to the Grand Jury by telephone and asked if the person had gotten in touch with

"Wonderful" (EDMUNDO RUIZ, JR.).  PHILLIP MARTINEZ also stated that another person

known to the Grand Jury had been asking about RAUDELL RODRIGUEZ-GONZALES.

93.    On or about January 16, 2008, at 6:08 p.m., RUDY FRANCO, JR., in a telephone

call, told a person known to the Grand Jury that EDMUNDO RUIZ, JR. was in Arizona, and

RAUDELL RODRIGUEZ-GONZALES had contacted RUDY FRANCO, JR.'s friend.

94.    On or about January 27, 2008, WILLIAM MORROW possessed approximately

300 pounds of marijuana and scales in the garage of his residence in Toledo, Ohio, which

21

marijuana had been supplied to a person known to the Grand Jury by RAUDELL RODRIGUEZ-GONZALES. (This conduct is charged in Count 5 of the Indictment.)

95.    On or about February 2, 2008, between approximately 12:30 p.m. to 1:30 p.m., JUAN MONDRAGON-MACHADO, JR. and a person known to the Grand Jury met at Bob Evans Restaurant, 304 East Alexis, Toledo, Ohio.

96.    On or about February 2, 2008, between approximately 12:30 p.m. to 1:30 p.m., JUAN MONDRAGON-MACHADO, JR. told a person known to the Grand Jury, "This guy, Phillip, he's a worker, not a partner. Nothing. Nobody." JUAN MONDRAGON-MACHADO, JR. further said, "You have the papers? ... I need those papers. If you lie to us. Now, let me explain to you something. Tony... We have a lot of moves over there. I can take it back. We buy a little bit. When you get over there."

97.    On or about February 2, 2008, between approximately 12:30 p.m. and 1:30 p.m., JUAN MONDRAGON-MACHADO, JR. told a person known to the Grand Jury, "So, who I am. I'm the one you almost everything to him, so he can sell to you guys." Later in the conversation, JUAN MONDRAGON-MACHADO, JR. stated, "You need to respond to us with all the receipts you have. That was, he owe me..."

98.    On or about February 2, 2008, between approximately 12:30 p.m. and 1:30 p.m., JUAN MONDRAGON-MACHADO, JR. asked a person known to the Grand Jury, "How much money do you owe to him? All together?" The other person responded, "Like 130." JUAN MONDRAGON-MACHADO, JR. asked, "What price did he give it to you?" The other person replied, "Six and a half."

22

99.    On or about February 2, 2008, between approximately 12:30 p.m. and 1:30 p.m.,
JUAN MONDRAGON-MACHADO, JR. and a person known to the Grand Jury discussed
EDMUNDO RUIZ, JR. The other person asked, "What's the deal with Mundo?" JUAN
MONDRAGON-MACHADO, JR. responded, "He says he's got some receipts for me." The
other person later stated, "He says I owe 325." JUAN MONDRAGON-MACHADO, JR. replied,
"That's what he tells me."

100.    On or about February 6, 2008, at approximately 12:00 p.m., during a telephone
conversation, JUAN MONDRAGON-MACHADO, JR. told a person known to the Grand Jury,
"I have two horses, one to pick up the receipts, and another one for the furniture. I have two
different horses, I have." Later in the conversation, JUAN MONDRAGON-MACHADO, JR.
stated, "You have to trust us. I have to pay. Like I say. And I hear nothing from you guys. You
two guys. You and Mr. Wonderful." JUAN MONDRAGON-MACHADO, JR. further
explained, "If you can't do nothing with that furniture, that's fine. I can go right away, today, and
take the furniture from you. And my friends over there by Detroit, they will give me a down
payment...If you release those receipts to us, I can go right away by my place and send a horse,
just for you guys."

101.    On or about February 2, 2008, at approximately 2:04 p.m., JUAN
MONDRAGON-MACHADO, JR. met with EDMUNDO RUIZ, JR. in the parking lot of a
McDonalds restaurant on South and Broadway streets in Toledo, Ohio.

102.    On or about February 8, 2008, at approximately 2:15 p.m., during a telephone
conversation, a person known to the Grand Jury asked JUAN MONDRAGON-MACHADO, JR.,
"How long until before I can get something?" JUAN MONDRAGON-MACHADO, JR.

23

responded, "As soon as you cover everything...You need to find someplace where I can park my horse...You need somebody to pick it up from the horse and put it in your place. I don't want my joker coming to your place. I don't like that shit. Because, if something happens to my horse, or something happens to him, he don't know nothing." Later in the conversation, JUAN MONDRAGON-MACHADO, JR. stated, "It's up to you. If you want new furniture right away, bring me those receipts to me I can deal with new furniture for you."

103.　　On or about February 10, 2008, LOUIE PERRY offered to sell a person known to the Grand Jury a kilogram of cocaine.

104.　　On or about February 11, 2008, at approximately 1:04 p.m., LOUIE PERRY placed a telephone call to a telephone number associated with RUDY FRANCO, JR.

105.　　On or about February 11, 2008, LOUIE PERRY possessed approximately one kilogram of cocaine, which cocaine had been provided to him by RUDY FRANCO, JR. (This conduct is charged in Count 6 of the indictment.)

106.　　On or about February 14, 2008, during a telephone conversation, REYNALDO RUIZ and a person known to the Grand Jury discussed LOUIE PERRY and RUDY FRANCO, JR. REYNALDO RUIZ stated, "He knows maybe about RUDY, and he might know my nephew but my nephew never sold him nothing. RUDY's the one." The other person asked, "RUDY's the one who gave it to him?" REYNALDO RUIZ responded, "Yeah. But if they bring RUDY's ass in there and they throw the RICO act, then they all go down just for conspiracy." The other person stated, "Well, if he don't know anybody else." REYNALDO RUIZ explained, "Well he probably knows, RUDY's had him over to the house. I've seen him over there. He's even talked

24

to me. He's even stopped to say you think this will take as many steps as so and so said it would? I told him, nah, that's stuff ain't good like that."

107.    On or about February 19, 2008, JUAN MONDRAGON-MACHADO, JR. engaged in a conversation with a person known to the Grand Jury and discussed bank accounts in which to place the "receipts" (drug proceeds).

108.    On or about February 20, 2008, at approximately 12:55 p.m., during a meeting, REYNALDO RUIZ told a person known to the Grand Jury, "Like I said, if you wanted to do half, they'd give you half. You can get that right now if you want." Later in the conversation, the other person asked, "Any brown around?" REYNALDO RUIZ replied, "I'll have to ask."

109.    On or about February 20, 2008, at approximately 4:38 p.m., during a telephone conversation, a person known to the Grand Jury asked JUAN MONDRAGON-MACHADO, JR., "What about me getting some work?" JUAN MONDRAGON-MACHADO, JR. responded, "Well, like you said you don't trust me...Listen, you're not working with me. That's fine. You can't trust anybody. The thing is, I better waiting for him. When you cover everything, then we'll start to do something...Anyway, you probably deal with me, you're not going deal with him anymore. For a couple months, or one year, something like that. And you will deal with me..."

110.    On March 20, 2008, REYNALDO RUIZ met with a person known to the grand jury, and stated that EDMUNDO RUIZ, JR. was not receiving as many kilograms of cocaine as he had received in the past, but was expecting six to seven kilograms soon.

111.    On or about March 24, 2008, REYNALDO RUIZ sold approximately nine ounces of cocaine to a person known to the Grand Jury for $6000 in a residence on Western Avenue in Toledo, Ohio. (This conduct is charged in Count 6 of the Indictment.)

25

112.    On March 26, 2008, in Phoenix, Arizona, RAUDELL RODRIGUEZ-GONZALES drove a stolen 2006 Honda Accord, Ohio registration REYNALDO RUIZ DVJ-6562, which had been provided to RAUDELL RODRIGUEZ-GONZALES by EDMUNDO RUIZ, JR.  RAUDELL RODRIGUEZ-GONZALES possessed eight cellular telephones.

113.    On or about March 27, 2008, PHILLIP MARTINEZ engaged in a telephone conversation with a person known to the Grand Jury, wherein PHILLIP MARTINEZ stated that RAUDELL RODRIGUEZ-GONZALES had been arrested in a stolen car provided by EDMUNDO RUIZ, JR.  PHILLIP MARTINEZ asked the person to see if EDMUNDO RUIZ, JR. could be contacted to help clear up the stolen car question.

114.    On or about March 28, 2008, a person known to the Grand Jury received a telephone call from "Flaco," who asked if anyone could come to Arizona to discuss prices of drugs.  "Flaco" indicated he was the supplier for RAUDELL RODRIGUEZ-GONZALES.

115.    On or about March 31, 2008, REYNALDO RUIZ sold approximately one-half ounce of heroin to a person known to the Grand Jury at a residence on Vinton Street in Toledo, Ohio.  (This conduct is charged in Count 7 of the Indictment.)

116.    On or about April 5, 2008, EDMUNDO RUIZ, JR. told a person known to the Grand Jury that he (EDMUNDO RUIZ, JR.) was expecting to receive kilograms of cocaine in the next week.

117.    On or about May 9, 2008, at 7:50 p.m., REYNALDO RUIZ met a person known to the Grand Jury on Vinton Street, Toledo, Ohio, and stated that EDMUNDO RUIZ, JR. has heroin, but someone else had it for $750.00 per ounce.

All in violation of Title 21, United States Code, Section 846.

## POSSESSION WITH INTENT TO DISTRIBUTE CHARGES

### COUNT 2

The Grand Jury further charges:

On or about August 30, 2007, in the Northern District of Ohio, Western Division, REYNALDO RUIZ, a/k/a RAY, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 103 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT 3

The Grand Jury further charges:

On or about December 7, 2007, in the Northern District of Ohio, Western Division, REYNALDO RUIZ, a/k/a RAY, defendant herein, did knowingly and intentionally possess with intent to distribute approximately two ounces of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 4

The Grand Jury further charges:

On or about December 12, 2007, in the Northern District of Ohio, Western Division, REYNALDO RUIZ, a/k/a RAY, defendant herein, did knowingly and intentionally possess with intent to distribute approximately one ounce of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

27

## COUNT 5

The Grand Jury further charges:

On or about January 27, 2008, in the Northern District of Ohio, Western Division, WILLIAM MORROW, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 300 pounds of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 6

The Grand Jury further charges:

On or about February 11, 2008, in the Northern District of Ohio, Western Division, LOUIE PERRY, defendant herein, did knowingly and intentionally possess with intent to distribute approximately 981 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 7

The Grand Jury further charges:

On or about March 31, 2008, in the Northern District of Ohio, Western Division, REYNALDO RUIZ, a/k/a RAY, defendant herein, did knowingly and intentionally possess with intent to distribute approximately one-half ounce of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

28

## UNLAWFUL USE OF COMMUNICATION FACILITY CHARGES

### COUNTS 8 THROUGH 15

The Grand Jury further charges:

On or about the dates listed below, in the Northern District of Ohio, Western Division, and elsewhere, the defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Section 846.

| Count | Defendants | Date | Time |
|---|---|---|---|
| 8 | REYNALDO RUIZ, a/k/a RAY | 6/25/07 | 10:19 a.m. |
| 9 | REYNALDO RUIZ, a/k/a RAY | 7/02/07 | 3:57p.m. |
| 10 | REYNALDO RUIZ, a/k/a RAY RUDY FRANCO, JR. | 8/13/07 | 3:19 a.m. |
| 11 | REYNALDO RUIZ, a/k/a RAY | 8/21/07 | 7:22 p.m. |
| 12 | REYNALDO RUIZ, a/k/a RAY RUDY FRANCO, JR. | 8/22/07 | 7:53 a.m. |
| 13 | MICHAEL DICKERSON | 11/02/07 | 1:08 p.m. |
| 14 | JUAN MONDRAGON-MACHADO, JR., a/k/a TUCAN | 2/06/08 | 12:00 p.m. |
| 15 | JUAN MONDRAGON-MACHADO, JR., a/k/a TUCAN | 2/08/08 | 2:15 p.m. |

In violation of Title 21, United States Code, Section 843(b).

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

29