MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 08 CR 621

Northern District of Ohio
U.S. District Court
Clerk of Court
114 James M. Ashley and Thomas
W.L. Ashley United States Courthouse
1716 Spielbusch Avenue
Toledo, OH 43604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name): Deanna Coy
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

08 CR 621

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7313 4863

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

08 CR 621

**FILED**

AUG 25 2008   AEE
8-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CR 621