

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK



2008 AUG 18 PM 12:49  OFFICE OF THE CLERK
(312) 435-5698

August 13, 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Northern District of Ohio
U.S. District Court
Office of the Clerk
114 James M. Ashley and Thomas
W.L. Ashley United States Courthouse
1716 Spielbusch Avenue
Toledo, OH 43604

F I L E D
8-22-08
AUG 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: U.S.A.  -v- Edmundo Ruiz, Jr.
Case: 08 CR 621

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet              _X_ Affidavit in Removal              ____ Financial Affidavit

____ Order setting conditions of release     ____ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: _____  MARSHA GLENN
Deputy Clerk

Enclosures

New Case No. __3:08CR304-01__   Date __8-18-08__